IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY J. MOORE, | ) | |
| | ) | 04-2254 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on June 8, 2006. More than ten working days have elapsed since service of a copy of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The defendant's motion for an order which affirms the Commissioner's decision [#18] is granted. The plaintiff's motion for summary judgment [#14] is denied. This case is terminated.

ENTERED this 11th day of July, 2006.

**s\Harold A. Baker**

---

HAROLD A. BAKER
U.S. DISTRICT JUDGE